UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ERIC ZEDONIS, :
    Plaintiff :
     :
    v. : CASE NO. 1:15-CV-1863
     :
LORETTA LYNCH, *et al.*, :
    Defendants :

*O R D E R*

AND NOW, this 8th day of February, 2017, in accord with the accompanying memorandum, and upon consideration of Defendant's motion to dismiss (Doc. 8) Plaintiff's complaint (Doc. 1), IT IS ORDERED that Defendant's motion to dismiss is DENIED.

                                          /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge