THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC ZEDONIS

    Plaintiff,

v.

LORETTA E. LYNCH, et al.,

    Defendants.

1:15-CV-1863
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 27th DAY OF AUGUST, 2020, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 69) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 69) is **ADOPTED** for the reasons set forth therein.
2. Defendants' Motion for Summary Judgment (Doc. 44) is **GRANTED**.
3. Plaintiff's Motion for Summary Judgment (Doc. 50) is **DENIED.**
4. Judgment is hereby entered **IN FAVOR OF** Defendants and **AGAINST** Plaintiff Eric Zedonis.
5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge